**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00710-CBS-MEH** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  June 5, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| FRONTLINE DEALER MARKETING, INC., a Washington corporation, | Jack M. Tanner<br>Francis L. Van Dusen, Jr. (ph.) |
| **Plaintiff,** | |
| v. | |
| DANIEL J. MCNELLIS, and his marital community, *et al.,* | David E. Leavenworth, Jr.<br>Peter C. Middleton |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE
Court in Session:     8:33 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case and the arbitration set before JAG with the Court.

**ORDERED:** **The Motion to Compel Arbitration on the Basis that all Claims and Disputes Between the Parties are Subject to the Arbitration Provisions of the Parties' Agreements [May 1, 2007; doc. 13] is denied as moot as to defendants Daniel McNellis and David Matthews.  The motion is denied without prejudice as to defendant United Car Care, Inc.**

**ORDERED:** **Within twenty-one (21) days, Plaintiff shall file a motion to stay proceedings with regard to defendant United Car Care, Inc. or a motion to dismiss under Fed.R.Civ.P. 41(a)(2).**

**ORDERED:** **All proceedings are stayed with regard to defendants Daniel McNellis and David Matthews pending completion of the arbitration.  Counsel shall contact Magistrate Judge Shaffer's chambers withing seventy-two (72) hours of completion of the arbitration.**

**ORDERED:** **Plaintiffs' Second Unopposed Motion to Extend Time for Plaintiff's Response to Defendants' Motion to Compel Arbitration [filed June 4, 2007; doc. 30] is denied as moot for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in Recess:**     **9:06 a.m.**
Total In-Court Time:     00:33