IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00710–CBS–MEH

FRONTLINE DEALER MARKETING, INC.,
a Washington corporation,

      Plaintiff,

v.

DANIEL J. MCNELLIS,
and his marital community,
DAVID J. MATHEWS,
and his marital community, and
UNITED CAR CARE, INC.,

      Defendants.

## ORDER

This matter is before the court upon Plaintiff's Motion to Voluntarily Dismiss Claims Under CR 41(a)(2) (*doc. no. 32)*.  IT IS HEREBY ORDERED that the motion is GRANTED.

Pursuant to FED.R.CIV.P. 41(a)(2), Frontline Dealer Marketing, Inc.'s first cause of action for violation of the Sales Representative Commission Act against United Care, Inc. is dismissed without costs and without prejudice to Defendants' rights under FED.R.CIV.P. 41(d).

DATED at Denver, Colorado, this 2nd day of July, 2007.

                                        BY THE COURT:

                                        *s/Craig B. Shaffer*
                                        Craig B. Shaffer
                                        United States Magistrate Judge