# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 07-cv-00710-CBS-MEH | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** December 3, 2007 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| FRONTLINE DEALER MARKETING, INC., a Washington corporation, | Jack M. Tanner<br>Francis L. Van Dusen, Jr. |
| **Plaintiff,** | |
| v. | |
| DANIEL J. MCNELLIS, and his marital community, *et al.,* | David E. Leavenworth, Jr.<br>Kevin E. O'Brien |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:**   1:31 p.m.
Court calls case.  Appearances of counsel.

Counsel present arguments regarding the motions pending before the court.

**ORDERED:**   The Motion for Order for Payment of Costs Pursuant to Fed. R. Civ. P. 41(d) [filed July 23, 2007; doc. 35] is denied without prejudice for the reasons stated on the record.

**ORDERED:**   The Motion for "Provisional Remedy" to Protect Arbitration [filed November 16, 2007; doc. 40] is denied for the reasons stated on the record.

**ORDERED:**   Plaintiff's Motion for Court to Appoint Replacement Arbitrator [filed November 20, 2007; doc. 44] is denied for the reasons selected on the record.

Defendants' counsel state that they will select an arbitrator by December 5, 2007.

HEARING CONCLUDED.

**Court in Recess:**   2:07 p.m.
Total In-Court Time:   00:36