IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00710-CBS-MEH

FRONTLINE DEALER MARKETING, INC.

    Plaintiff,

v.

DANIEL J. McNELLIS
DAVID J. MATHEWS
UNITED CAR CARE, INC.

    Defendants.

## ORDER RE: STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 4 (a)(1)(A)(ii)

THIS MATTER coming before the Court on the parties' Stipulated Notice of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 4(a)(1)(A)(ii) (*doc. no. 51*), and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT this matter and all claims and counterclaims of the parties are hereby dismissed with prejudice, each party to pay his or its own costs and attorney fees.

DATED at Denver, Colorado, this 5th day of August, 2008.

                                              BY THE COURT:

                                              *s/Craig B. Shaffer*
                                              Craig B. Shaffer
                                              United States Magistrate Judge